UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:25-CR-00006-D-RJ-8

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEREMY GODWIN | ) | |

Upon motion of the United States, with the consent of Defendant, for good cause shown it is hereby ORDERED that that sentencing of Defendant's case be continued until **January**, 2026.

IT IS SO ORDERED, this the **26** of September, 2025.

_____
JAMES C. DEVER, III
United States District Judge